UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS - KANSAS CITY CARPENTERS REGIONAL COUNCIL, et al.,<br><br> Plaintiffs,<br><br>v.<br><br>HENRY GASSER CONSTRUCTION COMPANY,<br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 4:17-cv-01656-NCC<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER OF DISMISSAL

Before the Court is Plaintiffs' Motion for Dismissal Without Prejudice (Doc. 12). Plaintiffs seek to dismiss this action without prejudice presumably pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). As of today's date, Defendant has not answered or otherwise responded to Plaintiffs' Complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion (Doc. 12) is **GRANTED** and this matter is **DISMISSED, without prejudice**.

Dated this 26th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE